

**Finished Elegance**
by Woodgrain Millwork

- **Crown**
  Corona

- **Finished moulding**
  Moldura con acabado

- **Use 6D x 2" finish nail**
  Usar clavos de acabado 6D de 2"

Model # WG49REV



3-5/8"

9/16"

**Not Shown Actual Size**
No se muestra el tamaño real



Learn more at homedepot.com

**CROWN 49 REV FMD 9/16 X 3-5/8 X 16'**



$1.79 lf

PK 6   CROWN 49RFMD

AISLE   BAY   LOC

626-461

0 95624 51237 4

D6U5529-14